```
SCOTT N. JOHNSON, ESQ., SBN 166952
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL   scottnjohnson@comcast.net
```

Attorney for Plaintiff Scott N. Johnson

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT N. JOHNSON<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>Shahab Rahimi; and DOES 1 through 10, inclusive,<br><br>　　　　Defendants | Case No. **2:06-cv-01804-FCD-GGH**<br><br>STIPULATION AND ORDER RE: REQUEST FOR EXTENTION OF TIME UNTIL OCTOBER 10, 2006 FOR DEFENDANT SHAHAB RAHIMI TO RESPOND TO COMPLAINT |

　　Pursuant to Local Rule 6-142, Plaintiff Scott N. Johnson and Defendant Shahab Rahimi stipulate as follows:

　　　　1. One extension of time has been previously obtained until October 3, 2006.

　　　　2. Defendant Shahab Rahimi is granted an extension until October 10, 2006 to answer or otherwise plead reference to Plaintiff's complaint.

STIPULATION AND ORDER REQUEST FOR EXTENTION OF TIME - 1

3. Defendant Shahab Rahimi's answer will be due no later than October 10, 2006.

IT IS SO STIPULATED effective as of October 2, 2006

Dated:   October 2, 2006            /s/Shahab Rahimi_____

                                    Shahab Rahimi,

                                    Defendant in Pro Per


Dated:   October 2, 2006            /s/Scott N. Johnson ____

                                    Scott N. Johnson,

                                    Plaintiff, In Pro Per


**IT IS SO ORDERED.**

Dated October 3, 2006

                                    /s/ Frank C. Damrell Jr.___

                                    United States District Judge